## 336

**No. 38975.**—Protests 185822–G, etc., of Bernard Judae & Co. et al. (New York).

Opinion by Tilson, J.   It was stipulated that certain merchandise consists of cellulose filaments in the form of single or double yarns similar to the merchandise involved in *Weinman* v. *United States* (T. D. 49408).   The claim at 40 cents per pound under paragraph 31 was therefore sustained.

**No. 38976.**—Protest 136718–G of Stolhi & Sons, Inc. (New York).

Opinion by Tilson, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38977.**—Protest 147785–G of Mortimer M. Lee (New York).

Opinion by Tilson, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38978.**—Protests 258682–G, etc., of Poirier & Lindeman Co., Inc. (New York).

Opinion by Tilson, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38979.**—Protests 188783–G, etc., of Judkins & McCormick Co. (New York).

Opinion by Tilson, J.   The record showed that certain items consist of braids, hats, and other merchandise in chief value of cellulose filaments similar to the merchandise involved in *Amberg* v. *United States* (T. D. 46204) and Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

Before the First Division, July 12, 1938

**No. 38980.**—Protests 845268–G/86212, etc., of Pure Milk Association et al. (Chicago).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Pure Milk Association* v. *United States* (T. D. 49179) the paraffin wax in question was held free of duty under paragraph 1796.